UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Case No. 15-cr-00381-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. GERMAN MERCADO AYALA,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Thursday, November 5, 2015,** and responses to these motions shall be filed by **Monday, November 16, 2015.** It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, December 2, 2015, at 9:00 a.m., in Courtroom A-1002.**

Dated: October 16, 2015.

                                            BY THE COURT:

                                            */s/ Wiley Y. Daniel*
                                            Wiley Y. Daniel
                                            Senior United States District Judge