# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.   15-cr-00381-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  GERMAN MERCADO AYALA,

    Defendant.

## ORDER FOR TIME SERVED

PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Wiley Y. Daniel, Senior United States District Judge, on November 24, 2015, it is hereby

ORDERED that Defendant German Mercado Ayala is sentenced to **TIME SERVED.**

Dated:  November 24, 2015.

                                            BY THE COURT:

                                            */s/ Wiley Y. Daniel*
                                            WILEY Y. DANIEL,
                                            SENIOR UNITED STATES DISTRICT JUDGE